# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Optima Machinery Corp | 12/9/2022 | Wire | $ 17,531.38 |
| Akorn Operating Company, LLC | Optima Machinery Corp | 1/13/2023 | Wire | $ 42,043.74 |
|  |  |  |  | $ 59,575.12 |